UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GUS BROOMFIELD, III | CIVIL ACTION |
| VERSUS | NUMBER: 14-2434 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "G"(5) |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied, that Defendant's motion for summary judgment is granted, and that Plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this  20th  day of January, 2016.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE